AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Aug 21 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**USA**

vs.

**(1) JULIO ENRIQUE ESCOBAR-LOPEZ**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:19-M -08002(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 19, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Julio Enrique ESCOBAR-Lopez, an alien to the United States and a citizen of Guatemala was found approximately 9 miles west of the of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Rodriguez, George
Border Patrol Agent

August 21, 2019                          at   EL PASO, Texas
File Date                                     City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

**WESTERN DISTRICT OF TEXAS**

**(1) JULIO ENRIQUE ESCOBAR-LOPEZ**

*FACTS   (CONTINUED)*

statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously removed from the United States to Guatemala on 12/12/2014 through Phoenix, AZ.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 5 time(s), the last one being to GUATEMALA on December 12, 2014, through PHOENIX, AZ**

CRIMINAL HISTORY:

**07/20/2013, Hidalgo, Texas, 8 USC 1325(a)(1)(M), CNV, Time Served.**
**11/17/2014, San Diego, California, 18 USC 1544(F), CNV, 3 Months.**